# Court of Appeals
# of the State of Georgia

ATLANTA,  November 29, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0506. STATE OF GEORGIA v. MCDERMOTT.**

In this civil forfeiture action, the State filed this direct appeal from the trial court's order directing the State to return seized property to Chase McDermott. After the case was docketed, the State filed a suggestion of death advising that McDermott died on April 22, 2022, and asking the Court to either strike the appeal from the docket or permit the State to withdraw the appeal. The State's request to withdraw the appeal is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/29/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen
_____ , *Clerk.*